sistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Submitted November 13, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Coleman.
## Commonwealth, Appellant, *v.* King.

Argued April 13, 1970. *Alexander Ogle,* District Attorney, for Commonwealth, appellant; *William L. Kimmel* and *Nathaniel A. Barbera,* with them *Shaulis, Kimmel and Rascona,* and *Barbera and Barbera,* for appellees.

Order affirmed.

HOFFMAN and SPAULDING, JJ., would affirm on the opinion of the court below.

## Commonwealth *v.* Harris, Appellant.

Submitted November 13,